FILED
3/7/08
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| v. | CASE NUMBER:   3:00-cr-409-J-32TEM |
| ERIC STEPHEN COX | |
| | Defendant's Attorney:   Charles Fletcher |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __One and Two (1 & 2)__ of the term of supervision.

__ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Positive Urinalysis for Marijuana on November 2, 2007, in violation of Condition Seven of the Standard Conditions of Supervision | November 2, 2007 |
| 2 | Failure to reside in a Residential Re-entry Center in violation of the Special Condition | November 9, 2007 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__ The defendant has not violated charge number(s)__ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: February 22, 2008

TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE
DATE: February __6__, 2008
March

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | | |
|---|---|---|
| Defendant: | ERIC STEPHEN COX | Judgment - Page 2 of 3 |
| Case No.: | 3:00-cr-409-J-32TEM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

- **FOUR (4) MONTHS**

\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

\_\_\_\_ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

    \_\_\_\_ at _____ a.m.   p.m.   on _____.

    \_\_\_\_ as notified by the United States Marshal.

**X** The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    \_\_\_\_ before 2 p.m. on _____.

    **X** as notified by the United States Marshal.

    \_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


                                                   UNITED STATES MARSHAL

                               By _____
                                                 DEPUTY UNITED STATES MARSHAL